UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kaidon A. Roddy,<br>Defendant. | CASE NO. 2:25-PO-00039<br><br>MAGISTRATE JUDGE JOLSON |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/ Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/12/2025
**DATE**